IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICHARD I. LOHR, II, as      )
Administrator of the Estate  )
of Charles David Fancher,    )
Deceased,                    )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:12cv533-MHT
                             )          (WO)
JOSEPH EARL ZEHNER, III,     )
et al.,                      )
                             )
    Defendants.              )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The notice of dismissal (doc. no. 45) is treated as a motion to dismiss and said motion is granted.

(2) Defendant Union Pacific Corporation and the claims against it are dismissed without prejudice.  Defendant Union Pacific Corporation is terminated as a party.

(3) Defendant Union Pacific Corporation's motion to dismiss (doc. no. 41) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 18th day of January, 2013.

>   /s/ Myron H. Thompson
>   **UNITED STATES DISTRICT JUDGE**