IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RICHARD I. LOHR, II, as          )
Administrator of the Estate      )
of Charles David Fancher,        )
Deceased,                        )
                                 )
    Plaintiff,                   )
                                 )      CIVIL ACTION NO.
    v.                           )       2:12cv533-MHT
                                 )            (WO)
JOSEPH EARL ZEHNER, III,         )
et al.,                          )
                                 )
    Defendants.                  )

ORDER

It is ORDERED that the motion to continue and reset trial date (Doc. No. 95) is denied.

***

Not only did the movants wait until almost the eve of the defendants' expert-report deadline to request an extension of that deadline, <u>see</u> uniform scheduling order, ¶ 15(b) (Doc. No. 19) ("Absent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions

will be denied outright."), the court, by order entered on August 16, 2013 (Doc. No. 87), has already granted a comprehensive and substantial extension once before, continuing the pretrial and the trial for approximately 10 and 11 months, respectively, from date of that order and with various pretrial deadlines adjusted in light of the continuance.

DONE, this the 22nd day of January, 2014.


　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE