IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICHARD I. LOHR, II, as       )
Administrator of the Estate   )
of Charles David Fancher,     )
Deceased,                     )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )     2:12cv533-MHT
                              )         (WO)
JOSEPH EARL ZEHNER, III,      )
et al.,                       )
                              )
    Defendants.               )
```

### JUDGMENT

With the consent of plaintiff Richard I. Lohr, II (Doc. No. 128), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Union Pacific Railroad Company's motion for summary (Doc. No. 110) is granted.

(2) Judgment is entered in favor of defendant Union Pacific Railroad Company and against plaintiff Richard I. Lohr, II, with plaintiff Lohr taking nothing as to his claims against defendant Union Pacific Railroad Company.

Defendant Union Pacific Railroad Company is terminated as a party.

It is further ORDERED that costs are taxed against plaintiff Lohr, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 8th day of May, 2014.

      /s/ Myron H. Thompson      
    UNITED STATES DISTRICT JUDGE