IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICHARD I. LOHR, II, as        )
Administrator of the Estate    )
of Charles David Fancher,      )
Deceased,                      )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:12cv533-MHT
                               )          (WO)
JOSEPH EARL ZEHNER, III,       )
et al.,                        )
                               )
    Defendants.                )
```

ORDER

It appears, for the following reasons, that defendant Wilmac Enterprises, LLC may have incorrectly filed a deposition (Doc. No. 105-2): (1) every other page of the deposition is missing; and (2) defense counsel regularly refers to the missing pages.  In short, while the court cannot say for certain, it appears that defense counsel may have scanned a two-sided deposition without checking to see if both sides were scanned.

Accordingly, it is ORDERED that, on or before May 12, 2014, defendant Wilmac Enterprises, LLC is to file a corrected deposition or a statement indicating that the already-filed deposition is correct.

DONE, this the 9th day of May, 2014.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**