IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICHARD I. LOHR, II, as       )
Administrator of the Estate   )
of Charles David Fancher,     )
Deceased,                     )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:12cv533-MHT
                              )           (WO)
JOSEPH EARL ZEHNER, III,      )
et al.,                       )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Wilmac Enterprises, LLC's motion for summary judgment (Doc. No. 105) is granted.

(2) Judgment is entered in favor of defendant Wilmac Enterprises, LLC and against plaintiff Richard I. Lohr II, with plaintiff Lohr taking nothing by his complaint from

defendant Wilmac Enterprises, LLC.  Defendant Wilmac Enterprises, LLC is terminated as a party.

It is further ORDERED that costs are taxed against plaintiff Lohr, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 3rd day of June, 2014.

　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE