IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD I. LOHR, II, as Administrator of the Estate of Charles David Fancher, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:12cv533-MHT (WO) |
| JOSEPH EARL ZEHNER, III, et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that defendants Joseph Earl Zehner, III and United Parcel Service, Inc.'s motion for partial judgment on the pleadings (Doc. No. 109) is denied.

DONE, this the 27th day of June, 2014.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE